# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00280-CV

**Colonial American Casualty & Surety Company, Appellant**

**v.**

**Holly J. Gilman, Successor Dependent Administrator of the Estate
of Jack Lamar Walker, Deceased, Appellee**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY,
### NO. 60,359-A, HONORABLE GUY HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant and appellee filed an agreed motion to vacate the probate court's judgment and dismiss this appeal because they have settled all issues between them and no longer desire to pursue this appeal. In accordance with the agreement of the parties, the judgment of the probate court is vacated and this appeal is dismissed with prejudice, with costs taxed against the party incurring same. Tex. R. App. P. 42.1(a)(2).

Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed on Agreed Motion

Filed:   June 24, 2004